UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,

    Plaintiff,

                                       CASE NO: 2:22-CV-1095-GMB

vs.

COASTAL EQUITIES REAL ESTATE, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled cause in its entirety, costs taxed as paid.

Dated this the 8th day of March, 2023.

                                                                        Respectfully submitted,

                                                                      *s/ Edward I. Zwilling*
                                                                      Edward I. Zwilling
                                                                      Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email:  edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant. **A copy has also this date been emailed to Howard Arnberg at *Howard@costalequities.com*.**

*s/ Edward I. Zwilling*
Edward I. Zwilling

2